JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6888
Fax:             (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO.  CR-06-00539-JF |
| v. | ) NOTICE OF DISMISSAL |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | ) |
| Defendants. | ) (San Jose Venue) |

        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses Count One and Court

Two of the above indictment.

                                                Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: July 6, 2009                    /s/ Thomas Moore
                                                THOMAS MOORE
                                                Assistant United States Attorney
                                                Chief, Tax Division

        Leave is granted to the government to dismiss Count One and Court Two of the

indictment.

Date:  7/8/09

                                        HONORABLE JEREMY FOGEL
                                        United States District Judge